PEARSON, J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| DIANNE LYNN STARIN, ) | |
| ) | CASE NO. 1:16CV1684 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | **MEMORANDUM OF OPINION AND** |
| Defendant. ) | **ORDER** |

An Administrative Law Judge ("ALJ") denied Plaintiff Dianne Lynn Starin's application

for Disability Insurance Benefits ("DIB") after two hearings in the above-captioned case.  That

decision became the final determination of the Commissioner of Social Security when the

Appeals Council denied the request to review the ALJ's decision.  Plaintiff sought judicial

review of the Commissioner's decision, and the Court referred the case to Magistrate Judge

Jonathan D. Greenberg for preparation of a Report and Recommendation pursuant to 28 U.S.C. §

636 and Local Rule 72.2(b)(1).  The Magistrate Judge submitted a Report (ECF No. 17)

recommending that the Court affirm the Commissioner's decision.  ECF No. 17 at PageID #:

783.

Fed. R. Civ. P. 72(b)(2) provides that objections to a report and recommendation must be

filed within fourteen days after service.  *See also* ECF No. 17 at PageID #: 783 (instructing

parties to file any objections within fourteen days).  No objections have been filed, evidencing

(1:16CV1684)

satisfaction with the Magistrate Judge's recommendation.  Any further review by this Court

would be a duplicative and inefficient use of the Court's limited resources.  *Thomas v. Arn*, 728

F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *Howard v. Secretary of Health and Human*

*Services*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir.

1981).

Accordingly, the Court adopts the Magistrate Judge's Report and Recommendation.  The

Court affirms the ALJ's decision and dismisses Plaintiff's case in its entirety, with prejudice.


IT IS SO ORDERED.


 May 22, 2017                                    */s/ Benita Y. Pearson*
Date                                            Benita Y. Pearson
                                                United States District Judge